UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br><br>                Plaintiff,<br><br>    v.<br><br>SPECIALTY MINERALS INC.,<br><br>                Defendant. | Case No. 1:24-cv-11181 |

**PLAINTIFF'S NOTICE TO THE COURT OF
COMMENCEMENT OF 45 DAY PERIOD FOR UNITED STATES
TO REVIEW PARTIES' PROPOSED CONSENT DECREE**

    Plaintiff Commonwealth of Massachusetts is pleased to report that the parties have agreed to the terms of a settlement in this action as set forth in the attached Consent Decree. The Citizen Suit provision of the Federal Clean Water Act provides

> No consent judgment shall be entered in an action in which the United States is not a party prior to the 45 days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator.

33 U.S.C. § 1365(c)(3).

    Plaintiff's counsel will today send copies of the fully executed Consent Decree to the Administrator, Environmental Protection Agency, Washington, DC 20460, and the United States Department of Justice, Citizen Suit Coordinator, Environment and Natural Resources Division Law and Policy Section, P.O. Box 7415, Ben Franklin Station, Washington, D.C.20044-4390 in accordance with the requirements of the statute and 40 CFR § 135.5. Plaintiff's counsel will also send a copy of the fully executed Consent Decree via electronic mail to citizensuitdocs.enrd@usdoj.gov. Counsel for plaintiff will inform the Court of the date upon

2

which the Administrator and the Attorney General receive copies of the Consent Decree and the date on which the United States' 45-day review period expires.

After the expiration of the 45-day review period, the parties will jointly request that the attached Consent Decree be entered by the Court at the expiration of the 45-day review period set forth in 33 U.S.C. § 1365(c)(3).

May 3, 2024

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS

By its attorney,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

<u>/s/ Turner Smith</u>
Turner Smith, BBO No. 684750
Assistant Attorney General & Deputy Chief
Julia Jonas-Day, BBO No. 703539
Emily Mitchell Field, BBO No. 703726
Assistant Attorneys General
Energy and Environment Bureau
1 Ashburton Place, 18th Floor
Boston, MA 02108
(617) 963-2782
turner.smith@mass.gov

<u>CERTIFICATE OF E-SERVICE</u>

I hereby certify that the parties' Notice of Commencement of 45 Day Review Period, filed electronically through the ECF system with the Court on May 3, 2024, has been sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and copies will be sent to those indicated as non-registered participants on May 3, 2024.

<u>/s/ Turner Smith</u>
Turner Smith (Bar No. 684750)